UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAIS YAAKOV OF SPRING VALLEY, on behalf of
itself and all others similarly situated,                                    17 CV 3974

                        Plaintiff,

                                        Complaint
        -vs.-

TEXTBOOK WAREHOUSE, LLC,                                         Class Action

                          Defendant.          Jury Demanded
_____

## COMPLAINT

      Plaintiff Bais Yaakov of Spring Valley, on behalf of itself and all others similarly situated, alleges as follows:

## INTRODUCTION

      1.      Bais Yaakov of Spring Valley ("Plaintiff") brings this action against Textbook Warehouse, LLC (herein referred to as "Textbook Warehouse or "Defendant") for violating the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA") and N.Y. General Business Law ("GBL") § 396-aa.  Congress enacted the TCPA in 1991 to prevent the faxing of unsolicited advertisements to persons who had not provided express invitation or permission to receive such faxes.  In addition, the TCPA and regulations promulgated pursuant to it prohibit the sending of unsolicited as well as solicited fax advertisements that do not contain properly worded opt-out notices.  The New York legislature enacted GBL § 396-aa for similar purposes.

      2.      Upon information and belief, Defendant has caused to be sent out over five thousand (5,000) unsolicited and solicited fax advertisements for goods and/or

services without proper opt-out notices to persons throughout the United States within the applicable limitations period for the TCPA, which is four years.  As a result, Defendant is liable to Plaintiff and the proposed Classes A and B of similarly situated persons under the TCPA.

3.      Upon information and belief, Defendant has caused to be sent out thousands of fax advertisements for goods and/or services that were unsolicited and lacked proper opt-out notices to persons throughout New York state within the applicable limitations period for GBL §396-aa, which is three years.  As a result, Defendant is liable to Plaintiff and the proposed Class C of similarly situated persons under GBL § 396-aa.

## JURISDICTION AND VENUE

4.      This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

5.      This Court also has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over Plaintiff's and Class C's claims under GBL § 396-aa.

6.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) because this is the judicial district in which a substantial part of the events or omissions giving rise to the claims in this case occurred.

## THE PARTIES

7.      Plaintiff is a New York religious corporation, with its principal place of business at 11 Smolley Drive, Monsey, New York 10952.

8.      Upon information and belief, defendant Textbook Warehouse is a Georgia Corporation, with its principal place of business located at 936 Curie Drive, Alpharetta, Georgia 30005, and sells books to individual schools and school districts, as well as purchases used textbooks and workbooks.

2

## DEFENDANT'S ILLEGAL JUNK FAXES

9.      At all times relevant to this action, Plaintiff had telephone service at 845-356-3132 at its place of business at 11 Smolley Drive, Monsey, New York 10952. Plaintiff receives facsimile transmissions at this number, using a telephone facsimile machine.

10.      Upon information and belief, from June 4, 2013 through September 16, 2014, Defendant, without Plaintiff's express invitation or permission, arranged for and/or caused a telephone facsimile machine, computer, or other device to send thirty-three unsolicited fax advertisements (the "Fax Advertisements") advertising the commercial availability or quality of any property, goods, or services, to Plaintiff's fax machine located at 11 Smolley Drive, Monsey, New York 10952.  Copies of the Fax Advertisement are attached as Exhibit A and incorporated into this Complaint.

11.      Plaintiff did not provide Defendant with express invitation or permission to send any fax advertisements.  The Fax Advertisements were wholly unsolicited.

12.      The Fax Advertisements contain a notice (the "Opt-Out Notice") that provides in full:  "To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154".

13.      The Opt-Out Notice in the Fax Advertisements violates the TCPA and regulations thereunder because, among other things, it

(A)      fails to state that a recipient's request to opt out of future fax advertising will be effective only if the request identifies the telephone number(s) of the recipient's telephone facsimile machine(s) to which the request relates;

(B)      fails to state that the sender's failure to comply with an opt-out request within 30 days is unlawful; and

3

(C)     fails to state that a recipient's opt-out request will be effective so long as that person does not, subsequent to making such request, provide express invitation or permission to the sender, in writing or otherwise, to send such advertisements.

14.     The Opt-Out Notice in the Fax Advertisements violates GBL § 396-aa because, among other things, it:

(A)     fails to provide a separate cost-free mechanism, including a website address or email address, to which the recipient may transmit an opt-out notice; and

(B)     fails to state that a recipient may make an opt-out request by written, oral or electronic means.

15.     Upon information and belief, Defendant either negligently or willfully and/or knowingly arranged for and/or caused the Fax Advertisements to be sent to Plaintiff's fax machine.

16.     Plaintiff suffered harm from Defendant sending it the Fax Advertisements in that the fax advertisements wasted Plaintiff's paper and toner, occupied Plaintiff's fax machine and fax telephone line, wasted Plaintiff's time and caused Plaintiff annoyance. Plaintiff also suffered harm and/or had a real risk of future harm because the Fax Advertisements failed to contain the information necessary for Plaintiff to effectively opt-out of receiving future fax advertisements from Defendant which would cause the harms described in the previous sentence of this paragraph.

17.     Upon information and belief, Defendant has, from four years prior to the date of the filing of the Complaint in this action through the present, either negligently or willfully and/or knowingly sent and/or arranged to be sent well over five thousand

4

(5,000) *unsolicited and/or solicited* fax advertisements advertising the commercial availability or quality of any property, goods, or services, to fax machines and/or computers belonging to thousands of persons all over the United States. Upon information and belief, those fax advertisements contained a notice identical or substantially similar to the Opt-Out Notice contained in the Fax Advertisements Defendant sent or caused to be sent to Plaintiff.

18.     Upon information and belief, Defendant has, from four years prior to the date of the filing of the Complaint in this action through the present, either negligently or willfully and/or knowingly sent and/or arranged to be sent well over five thousand (5,000) *unsolicited* fax advertisements advertising the commercial availability or quality of any property, goods, or services, to fax machines and/or computers belonging to thousands of persons throughout the United States. Upon information and belief, those facsimile advertisements contained an opt-out notice identical or substantially similar to the Opt-Out Notice contained in the Fax Advertisements Defendant sent or caused to be sent to Plaintiff.

19.     Upon information and belief, Defendant has, from three years prior to the date of the filing of the Complaint in this action through the present, either negligently or willfully and/or knowingly sent and/or arranged to be sent thousands of *unsolicited* fax advertisements advertising the commercial availability or quality of any property, goods, or services, to fax machines and/or computers belonging to thousands of persons in New York. Upon information and belief, those facsimile advertisements contained an opt-out notice identical or substantially similar to the Opt-Out Notice contained in the Fax Advertisements Defendant sent or caused to be sent to Plaintiff.

## CLASS ALLEGATIONS

20.     Plaintiff brings this class action on behalf of itself and all others similarly situated under rules 23(a) and 23(b)(1)-(3) of the Federal Rules of Civil Procedure.

21.     Plaintiff seeks to represent three classes (the "Classes") of individuals, each defined as follows:

Class A:  All persons to whom, from four years prior to the date of the filing of the Complaint through the present, Defendant sent or caused to be sent at least one *solicited or unsolicited* facsimile advertisement advertising the commercial availability or quality of any property, goods, or services that contained a notice identical or substantially similar to the Opt-Out Notice in the Fax Advertisements Defendant sent or caused to be sent to Plaintiff.

Class B:  All persons to whom, from four years prior to the date of the filing of the Complaint through the present, Defendant sent or caused to be sent at least one *unsolicited* facsimile advertisement advertising the commercial availability or quality of any property, goods, or services that contained a notice identical or substantially similar to the Opt-Out Notice on the Fax Advertisements Defendant sent or caused to be sent to Plaintiff.

Class C:  All persons in the State of New York to whom, from three years prior to the date of the filing of the Complaint through the present, Defendant sent or caused to be sent at least one facsimile advertisement without having obtained express invitation or permission to do so and/or that contained a notice identical or substantially similar to the Opt-Out Notice on the Fax Advertisement Defendant sent or caused to be sent to Plaintiff.

22.     <u>Numerosity</u>: The Classes are so numerous that joinder of all individual

6

members in one action would be impracticable.  The disposition of the individual claims

of the respective class members through this class action will benefit the parties and this

Court.  Upon information and belief there are, at a minimum, thousands of class members

of Classes A, B and C.  Upon information and belief, the Classes' sizes and the identities

of the individual members thereof are ascertainable through Defendant's records,

including Defendant's fax and marketing records.

23.     Members of the Classes may be notified of the pendency of this action by

techniques and forms commonly used in class actions, such as by published notice,

e-mail notice, website notice, fax notice, first class mail, or combinations thereof, or by

other methods suitable to the Classes and deemed necessary and/or appropriate by the

Court.

24.     Typicality:  Plaintiff's claims are typical of the claims of the members of

Class A because the claims of Plaintiff and members of Class A are based on the same

legal theories and arise from the same unlawful conduct.  Among other things, Plaintiff

and members of Class A were sent or caused to be sent by Defendant at least one fax

advertisement advertising the commercial availability or quality of any property, goods,

or services that contained a notice identical or substantially similar to the Opt-Out Notice

in the Fax Advertisements that Defendant sent or caused to be sent to Plaintiff.

25.     Plaintiff's claims are typical of the claims of the members of Class B

because the claims of Plaintiff and members of Class B are based on the same legal

theories and arise from the same unlawful conduct.  Among other things, Plaintiff and the

members of Class B were sent or caused to be sent by Defendant, without Plaintiff's or

the Class B members' express permission or invitation, at least one fax advertisement

advertising the commercial availability or quality of any property, goods, or services that

contained a notice identical or substantially similar to the Opt-Out Notice in the Fax Advertisements that Defendant sent or caused to be sent to Plaintiff.

26.     Plaintiff's claims are typical of the claims of the members of Class C because the claims of Plaintiff and members of Class C are based on the same legal theories and arise from the same unlawful conduct.  Among other things, Plaintiff and members of Class C were sent or caused to be sent by Defendant, without Plaintiff's or the Class C members' express permission or invitation, at least one fax advertisement advertising the commercial availability or quality of any property, goods, or services that contained a notice identical or substantially similar to the Opt-Out Notice in the Fax Advertisements that Defendant sent or caused to be sent to Plaintiff.

27.     <u>Common Questions of Fact and Law</u>:  There is a well-defined community of common questions of fact and law affecting the Plaintiff and members of the Classes.

28.     The questions of fact and law common to Plaintiff and Class A predominate over questions that may affect individual members, and include:

(a)  Whether Defendant's sending and/or causing to be sent to Plaintiff and the members of Class A, by facsimile, computer or other device, fax advertisements advertising the commercial availability or quality of any property, goods or services that contained a notice identical or substantially similar to the Opt-Out Notice in the Fax Advertisements, violated 47 U.S.C. § 227(b) and the regulations thereunder;

(b)  Whether Defendant's sending and/or causing to be sent such fax advertisements was knowing or willful;

(c)  Whether Plaintiff and the members of Class A are entitled to statutory damages, triple damages and costs for Defendant's conduct; and

(d)  Whether Plaintiff and members of Class A are entitled to a permanent injunction enjoining Defendant from continuing to engage in its unlawful conduct.

29.     The questions of fact and law common to Plaintiff and Class B predominate over questions that may affect individual members, and include:

(a) Whether Defendant's sending and/or causing to be sent to Plaintiff and the members of Class B, without Plaintiff's or the Class B members' express invitation or permission, by facsimile, computer or other device, fax advertisements advertising the commercial availability or quality of any property, goods, or services that contained a notice identical or substantially similar to the Opt-Out Notice in the Fax Advertisements, violated 47 U.S.C. § 227(b) and the regulations thereunder;

(b) Whether Defendant's sending and/or causing to be sent to Plaintiff and the members of Class B such unsolicited fax advertisements was knowing or willful;

(c) Whether Plaintiff and the members of Class B are entitled to statutory damages, triple damages and costs for Defendant's conduct; and

(d) Whether Plaintiff and members of Class B are entitled to a permanent injunction enjoining Defendant from continuing to engage in its unlawful conduct.

30.     The questions of fact and law common to Plaintiff and Class C predominate over questions that may affect individual members, and include:

(a) Whether Defendant's sending and/or causing to be sent to Plaintiff and the members of Class C, without Plaintiff's and Class C's express invitation or

permission, by facsimile, computer or other device, fax advertisements advertising the commercial availability or quality of any property, goods, or services, violated GBL § 396-aa; and

(b) Whether Plaintiff and the members of Class C are entitled to statutory damages for Defendant's conduct.

31.     <u>Adequacy of Representation</u>:  Plaintiff is an adequate representative of the Classes because its interests do not conflict with the interests of the members of the Classes.  Plaintiff will fairly, adequately and vigorously represent and protect the interests of the members of the Classes and has no interests antagonistic to the members of the Classes.  Plaintiff has retained counsel who are competent and experienced in litigation in the federal courts, class action litigation, and TCPA cases.

32.     <u>Superiority</u>:  A class action is superior to other available means for the fair and efficient adjudication of the Classes' claims.  While the aggregate damages that may be awarded to the members of the Classes are likely to be substantial, the damages suffered by individual members of the Classes are relatively small.  The expense and burden of individual litigation makes it economically infeasible and procedurally impracticable for each member of the Classes to individually seek redress for the wrongs done to them.  The likelihood of the individual Class members' prosecuting separate claims is remote.  Plaintiff is unaware of any other litigation concerning this controversy already commenced against Defendant by any member of the Classes.

33.     Individualized litigation also would present the potential for varying, inconsistent or contradictory judgments, and would increase the delay and expense to all parties and the court system resulting from multiple trials of the same factual issues.  The conduct of this matter as a class action presents fewer management difficulties, conserves

the resources of the parties and the court system, and would protect the rights of each

member of the Classes.  Plaintiff knows of no difficulty to be encountered in the

management of this action that would preclude its maintenance as a class action.

34.     <u>Injunctive Relief</u>:  Defendant has acted on grounds generally applicable to

the members of Classes A and B, thereby making appropriate final injunctive relief with

respect to Classes A and B.

<u>**FIRST CLAIM FOR VIOLATION OF THE TCPA**</u>

35.      Plaintiff repeats and realleges each and every allegation contained in

paragraphs 1-34.

36.     By the conduct described above, Defendant committed more than five

thousand (5,000) violations of 47 U.S.C. § 227(b) against Plaintiff and the members of

Class A, to wit: the fax advertisements Defendant sent and/or caused to be sent to

Plaintiff and the members of Class A were either (a) unsolicited and did not contain a

notice satisfying the requirements of the TCPA and regulations thereunder, or (b)

solicited and did not contain a notice satisfying the requirements of the TCPA and

regulations thereunder.

37.     Plaintiff and the members of Class A are entitled to statutory damages

under 47 U.S.C. § 227(b) in an amount greater than two million, five hundred thousand

dollars ($2,500,000).

38.     If it is found that Defendant willfully and/or knowingly sent and/or caused

to be sent fax advertisements that did not contain a notice satisfying the requirements of

the TCPA and regulations thereunder to Plaintiff and the members of Class A, Plaintiff

requests that the Court increase the damage award against Defendant to three times the

amount available under 47 U.S.C. § 227(b)(3)(B), as authorized by 47 U.S.C. §

11

227(b)(3).

## SECOND CLAIM FOR VIOLATION OF THE TCPA

39.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-34.

40.     By the conduct described above, Defendant committed more than five thousand (5,000) violations of 47 U.S.C. § 227(b) against Plaintiff and the members of Class B, to wit:  the fax advertisements Defendant sent and/or caused to be sent to Plaintiff and the members of Class B were unsolicited and did not contain notices satisfying the requirements of the TCPA and regulations thereunder.

41.     Plaintiff and the members of Class B are entitled to statutory damages under 47 U.S.C. § 227(b) in an amount greater than two million, five hundred thousand dollars ($2,500,000).

42.     If it is found that Defendant willfully and/or knowingly sent and/or caused to be sent unsolicited fax advertisements that did not contain a notice satisfying the requirements of the TCPA and regulations thereunder to Plaintiff and the members of Class B, Plaintiff requests that the Court increase the damage award against Defendant to three times the amount available under 47 U.S.C. § 227(b)(3)(B), as authorized by 47 U.S.C. § 227(b)(3).

## THIRD CLAIM FOR INJUNCTIVE RELIEF

43.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-34.

44.     Defendant committed thousands of violations of 47 U.S.C. § 227(b).

45.     Under 47 U.S.C. § 227(b)(3)(A), Plaintiff and the members of Classes A and B are entitled to an injunction against Defendant, prohibiting Defendant from

committing further violations of the TCPA and regulations thereunder.

## **FOURTH CLAIM FOR VIOLATION OF GBL § 396-aa**

46.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1-33.

47.     By the conduct described above, Defendant committed numerous violations of GBL § 396-aa against Plaintiff and the members of Class C, to wit: the fax advertisements Defendant sent and/or caused to be sent to Plaintiff and the members of Class C were unsolicited and/or did not contain notices satisfying the requirements of GBL § 396-aa.

48.     Pursuant to GBL § 396-aa, Plaintiff and the members of Class C are entitled to statutory damages in an amount to be determined at trial.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of itself and the members of the Classes, requests:

A.     An order certifying the Classes, appointing Plaintiff as the representative of the Classes, and appointing Aytan Y. Bellin of Bellin & Associates LLC as counsel for the Classes;

B.     an award to Plaintiff and the members of Classes A and B of statutory damages in excess of $2,500,000 for each of Classes A and B, pursuant to 47 U.S.C. § 227(b), for Defendant's violations of that statute and the regulations promulgated thereunder;

C.     if it is found that Defendant willfully and/or knowingly sent and/or caused to be sent the fax advertisements alleged to classes A and/or B, an award of three times

the amount of damages described in the previous paragraph, as authorized by 47 U.S.C. § 227(b)(3);

     D.     an injunction against Defendant prohibiting it from committing further violations of the TCPA and regulations described above;

     E.     an award to Plaintiff and the members of Class C of statutory damages of $100 per violation of GBL § 396-aa in an aggregate amount to be determined at trial; and

     F.     such further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

Dated:  White Plains, New York
       May 25, 2017

                      **BAIS YAAKOV OF SPRING VALLEY ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED**

                  By: /s/ Aytan Y. Bellin
                     Aytan Y. Bellin
                     Bellin & Associates LLC
                     85 Miles Avenue
                     White Plains, NY 10606
                     (914) 358-5345
                     Fax: (212) 571-0284
                     aytan.bellin@bellinlaw.com

                     *Attorneys for Plaintiff and the Proposed Classes*

# EXHIBIT A

**Attn: Assistant Principal/Purchasing Department   School Name: Bais Yaakov High School   Fax: (845) 356-3132**



# Textbook Warehouse

We meet or beat competitor's pricing

## Dive into Savings with Free Freight on Textbooks, Workbooks, and TEs



Promo code DS613
expires 06/30/13

*Excludes novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.*

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote. Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |   | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 |  |  |  | 6 |  |  |  |
| 2 |  |  |  | 7 |  |  |  |
| 3 |  |  |  | 8 |  |  |  |
| 4 |  |  |  | 9 |  |  |  |
| 5 |  |  |  | 10 |  |  |  |

Name _____ Title _____

Please contact me via

☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154



**Attn: Assistant Principal/Purchasing Department   School Name: Bais Yaakov High School   Fax: (845) 356-3132**



# Textbook Warehouse

We meet or beat competitor's pricing

## Huge Summer Savings...

Receive an **EXTRA** 10% off
*Used Textbooks **PLUS** Free Freight



Promo code BH613
expires 06/30/13

*on Textbooks, Workbooks, and TEs

Excludes novels & ref, $50 minimum order.  For Schools/Districts, exclude AK & HI.

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote.  Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152  Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Assistant Principal/Purchasing Department
School Name: Bais Yaakov High School  Fax: (845) 356-3132



**Textbook Warehouse**

We meet or beat competitor's pricing

Promo code 3G613
expires 06/30/13



# Receive an EXTRA 10% off
# Used Textbooks PLUS Free Freight
### Excludes novels & ref, $50 minimum order.
### For Schools/Districts, exclude AK & HI.

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote.  Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Name _____  Title _____
Please contact me via
☐ Phone _____  ☐ Fax _____  ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152  Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Assistant Principal/Purchasing Department
School Name: Bais Yaakov High School   Fax: (845) 356-3132



Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote.  Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Name _____ Title _____

Please contact me via

☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152  Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Assistant Principal/Purchasing Department**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



**Textbook Warehouse**

We meet or beat competitor's pricing



**SAVE HUGE ON TEXTBOOKS**

**Receive an EXTRA 10% off Used Textbooks**

**PLUS Free Freight**

Promo code MC713
expires 07/26/13

**Excludes new books, novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.**

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote. Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 ·(800) 796-9152  Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Assistant Principal/Purchasing Department**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



**Textbook Warehouse**

We meet or beat competitor's pricing



**Our Promotion has been extended through July 31st...**
**Receive an EXTRA 10% off**
**Used Textbooks**
**PLUS Receive Free Freight**

*Promo code GT78*
*expires 07/31/13*

**Excludes new books, novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.**

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote. Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Assistant Principal/Purchasing Department**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**

We meet or beat
competitor's pricing



# **Textbook**
## **Warehouse**



# HUGE SAVINGS FOR
# BACK TO SCHOOL

## RECEIVE AN EXTRA 10%
## OFF USED TEXTBOOKS
## PLUS
## RECEIVE FREE FREIGHT

### PROMO CODE HS89 EXPIRES 08/09/13

**Excludes new books, novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.**

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote. Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |   | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|---|------|-------------|------------|
| 1 |      |             |            | 6 |      |             |            |
| 2 |      |             |            | 7 |      |             |            |
| 3 |      |             |            | 8 |      |             |            |
| 4 |      |             |            | 9 |      |             |            |
| 5 |      |             |            | 10|      |             |            |

Name _____   Title _____
Please contact me via
☐ Phone _____   ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 ·(800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Assistant Principal/Purchasing Department
School Name: Bais Yaakov High School   Fax: (845) 356-3132



# Textbook Warehouse

We meet or beat competitor's pricing

Receive an **EXTRA 10% off** Used Textbooks PLUS Receive **Free Freight**

*Back to School Savings!*

Promo Code LG89 expires 08/16/13

**Excludes new books, novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.**

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote.  Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |   | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|---|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Assistant Principal/Purchasing Department**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



## Textbook Warehouse

We meet or beat competitor's pricing



# back to school savings

# Receive an EXTRA 10% off Used Textbooks PLUS Receive Free Freight

### Promo Code TC89 expires 08/23/13

*Excludes new books, novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.*

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote. Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Name _____   Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Assistant Principal/Purchasing Department**
**School Name: Bais Yaakov High School　Fax: (845) 356-3132**



**Textbook Warehouse**

We meet or beat competitor's pricing

TO THE RESCUE...

RECEIVE AN **EXTRA 10% OFF** USED TEXTBOOKS PLUS RECEIVE FREE FREIGHT

**Promo Code RS89 expires 08/30/13**

*Excludes new books, novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.*

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote.  Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |   | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|---|------|-------------|------------|
| 1 |      |             |            | 6 |      |             |            |
| 2 |      |             |            | 7 |      |             |            |
| 3 |      |             |            | 8 |      |             |            |
| 4 |      |             |            | 9 |      |             |            |
| 5 |      |             |            | 10|      |             |            |

Name _____ Title _____
Please contact me via
□ Phone _____ □ Fax _____ □ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152　Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Assistant Principal/Purchasing Department
School Name: Bais Yaakov High School   Fax: (845) 356-3132



# Textbook Warehouse

We meet or beat competitor's pricing

# Receive an EXTRA 10% off Used Textbooks PLUS Receive Free Freight



YAY! IT'S FWEE!



Promo Code GT913 expires 09/06/13

**Excludes new books, novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.**

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote. Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Assistant Principal/Purchasing Department**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



# Textbook Warehouse

We meet or beat competitor's pricing



# Huge Back to School Savings on Textbooks

## Receive an EXTRA
## 10% off Used Textbooks
## PLUS
## Receive Free Freight

**Promo Code LK913 expires 09/13/13**

*Excludes new books, novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.*

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote. Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 ·(800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Assistant Principal/Purchasing Department**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



# Receive an **EXTRA 10% off**
# Used Textbooks
# PLUS Receive *Free Freight*



We will meet or beat competitor's pricing

**Promo Code BS913 expires 09/20/13**



**Excludes new books, novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.**

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote. Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Assistant Principal/Purchasing Department
School Name: Bais Yaakov High School   Fax: (845) 356-3132



# Textbook Warehouse

Exp 09/27/2013
Ref code F927BB

## Receive an EXTRA 10% off Used Textbooks PLUS Receive Free Freight

Excludes new books, novels & ref,
$50 minimum order.
For Schools/Districts, exclude AK & HI.

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote.  Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Name _____   Title _____
Please contact me via
☐ Phone _____   ☐ Fax _____   ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions
New Paperback Classics and Reference Materials also available at Huge Savings off cover prices

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152 · Fax (800) 796-9154**
Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Assistant Principal/Purchasing Department**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



# Textbook Warehouse

Exp 10/11/2013
Ref code FS11F



# Receive an EXTRA 10% off Used Textbooks PLUS Receive FREE Freight



Excludes new books, novels & ref,
$50 minimum order.
For Schools/Districts, exclude AK & HI.

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote. Please include your information for us to contact you.

|    | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|----|------|-------------|------------|----|------|-------------|------------|
| 1  |      |             |            | 6  |      |             |            |
| 2  |      |             |            | 7  |      |             |            |
| 3  |      |             |            | 8  |      |             |            |
| 4  |      |             |            | 9  |      |             |            |
| 5  |      |             |            | 10 |      |             |            |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions
New Paperback Classics and Reference Materials also available at Huge Savings off cover prices

**936 Curie Drive · Alpharetta, GA 30005 ·(800) 796-9152 · Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Assistant Principal/Purchasing Department
School Name: Bais Yaakov High School   Fax: (845) 356-3132



# Textbook Warehouse



We meet or beat competitor's pricing

# Spooky Savings off Cover Prices on...

## 38% off
for a limited time

## Paperback Novels



## Reference Materials

## Test Prep Materials

## Offer for Schools & Districts & 7% freight required
## REF Code HH38 Expires 11/08/13
*Excludes Alaska & Hawaii

Fax back your list of books to sell or buy. We will respond promptly with a quote. Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions
New Paperback Classics and Reference Materials also available at Huge Savings off cover prices

## 936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154
Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com



# Textbook
# Warehouse

**Exp 11/26/2013**
**Ref code TK1126**

Gobble up the savings

## Receive an EXTRA
## 10% off Used Textbooks
## PLUS Receive Free Freight



Excludes new books, novels & ref, $50 minimum order.
For Schools/Districts, exclude AK & HI.

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote.  Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|------------|-----------|----|------|------------|-----------|
| 1 |      |            |           | 6  |      |            |           |
| 2 |      |            |           | 7  |      |            |           |
| 3 |      |            |           | 8  |      |            |           |
| 4 |      |            |           | 9  |      |            |           |
| 5 |      |            |           | 10 |      |            |           |

Name _____  Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions
New Paperback Classics and Reference Materials also available at Huge Savings off cover prices

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152 · Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Assistant Principal/Purchasing Department**
**School Name: Bais Yaakov High School    Fax: (845) 356-3132**

*We meet or beat competitor's pricing*

# Textbook Warehouse

# Happy New Year 2014

# FREE FREIGHT FOR THE MONTH OF JANUARY!

Offer Good Thru 01/31/14 on Textbooks, Workbooks, and Teacher Editions

Excludes new books, novels & ref, $50 minimum order.    **Promo Code HNY114**

For Schools/Districts, exclude AK & HI.

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote.  Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Name _____    Title _____
Please contact me via
☐Phone _____    ☐ Fax _____   ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 ·(800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Media Specialist/English Department
School Name: Bais Yaakov High School   Fax: (845) 356-3132



# **Textbook Warehouse**

*We meet or beat competitor's pricing*

# Book of the Month

# **The Official SAT Study Guide 40% off + Free Freight**

ISBN 13- 9780874478525
ISBN 10- 0874478529

### **List Price $21.99**
## **Your Price**
## **$13.19 each**



Offer includes Schools and Districts only, no minimum order.
AK and HI must pay freight.

Promo code SAT114
expires 02/28/2014

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote. Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____
☐ **Please send me a digital catalog**

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Assistant Principal/Purchasing Department
School Name: Bais Yaakov High School   Fax: (845) 356-3132



# Textbook Warehouse

Exp 02/28/2014
Ref code SB214

## THE BEST CHOICE FOR USED TEXTBOOKS!



## 10% OFF + FREE FREIGHT ON TEXTBOOKS, WORKBOOKS, AND TEACHER EDITIONS!

**OFFER FOR SCHOOLS & DISTRICTS AND ORDER MINIMUM IS $50.00**
**EXCLUSIONS:  INTL SHIPPING, ALASKA OR HAWAII, OTHER EXCLUSIONS MAY APPLY**

Fax back your list of books to sell or buy. We will respond promptly with a quote.
Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Name _____   Title _____
Please contact me via
☐ Phone _____   ☐ Fax _____   ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions
New Paperback Classics and Reference Materials also available at Huge Savings off cover prices

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152  Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Media Specialist/English Department**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



# Textbook Warehouse

> We meet or beat competitor's pricing

## *Book of the Month*

# Mockingjay & Lightning Thief
# 40% off + Free Freight

**Paperback**
**List Price $12.99**
**Your Price $7.79 each**
**or**
**Hardcover**
**List Price $18.99**
**Your Price $11.39 each**

The Hunger Games, Book 3

**Paperback** (copyright 2014)
ISBN 13- 9780545663267
ISBN 10- 0545663261

**Hardback** (copyright 2010)
ISBN 13- 9780439023511
ISBN 10- 0439023513

**List Price $7.99**
**Your Price**
**$4.79 each**

The Lightning Thief
(Percy Jackson and the Olympians, Book 1)
**Paperback** (copyright 2006)
ISBN 13- 9780786838653
ISBN 10- 0786838655

Offer includes Schools and Districts only, no minimum order.
AK and HI must pay freight.

Promo code BM3
expires 03/31/2014

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote. Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Media Specialist/English Department
School Name: Bais Yaakov High School   Fax: (845) 356-3132

 # Textbook Warehouse

> We meet or beat competitor's pricing

## *Book of the Month*

## THE FAULT IN OUR STARS and Mr Peabody & Sherman
# 40% off + Free Freight



The Fault In Our Stars
by John Green

**List Price $17.99**
**Your Price**
**$10.79 each**

**Hardback** (copyright 2012)
ISBN 13- 9780525478812
ISBN 10- 0525478817



Mr. Peabody
& Sherman

**List Price $5.99**
**Your Price**
**$3.59 each**

**Paperback** (copyright 2014)
ISBN 13- 9780385371414
ISBN 10- 0385371411

Offer includes Schools and Districts only, no minimum order.
AK and HI must pay freight.

Promo code BM4
expires 04/30/2014

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote. Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Bookkeeper/Textbook Purchaser**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



# Textbook Warehouse



## Hunt for Eggstra Savings

### Receive an EXTRA 10% off
### Used Textbooks
### PLUS Receive Free Freight

Promo code EG414
expires 05/02/14

**Excludes new books, novels & ref, $50 minimum order.**
**For Schools/Districts, exclude AK & HI.**

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote. Please include your information for us to contact you.

|  | ISBN | Qty to Sell | Qty to Buy |  | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 |  |  |  | 6 |  |  |  |
| 2 |  |  |  | 7 |  |  |  |
| 3 |  |  |  | 8 |  |  |  |
| 4 |  |  |  | 9 |  |  |  |
| 5 |  |  |  | 10 |  |  |  |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Bookkeeper/Textbook Purchaser
School Name: Bais Yaakov High School   Fax: (845) 356-3132

 **Textbook Warehouse**


*We meet or beat competitor's pricing*

# Reserve Textbooks Now for a future ship date

1. Call in or send in a list of the books you need
2. We will issue a hold # and hold the books for you
3. You choose the date for us to ship your books out
4. Upon receipt of your PO, your books will ship out

# Plus Receive Free Freight

Call in by 05/16/14 to secure Free Freight on your order, Ref Code RB514
$50 MINIMUM ORDER FOR SCHOOLS/DISTRICTS EXCLUDE HI & AK

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote. Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Name _____   Title _____
Please contact me via
□ Phone _____ □ Fax _____ □ Email _____
□ **Please send me a digital catalog**

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 ·(800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

05-13-2014 14:00    800-796-9154           □ 1/2

Case 7:17-cv-03974-NSR-JCM Document 1 Filed 05/25/17 Page 41 of 48
**Attn: Purchasing Dept/Procurement/Textbooks**
**School Name: Bais Yaakov High School Fax: (845) 356-3132**



# Textbook
# Warehouse

Please **add us as a vendor** for your District to purchasing textbooks, workbooks, and teacher editions as well as paperback classics and reference materials. We also buy the books you no longer use and would **like to be added to any bid list** for both buying and selling books. **Attached is our W-9** to help assist with you adding us to your vendor list.

At Textbook Warehouse, we sell K-12 reconditioned textbooks, workbooks, and teacher editions at huge discounts. We purchase used textbooks that you no longer need, provide you with immediate payment, arrange for shipment of the books, and supply all shipping materials.

We also sell NEW Paperback Classics and Reference Materials at significant discounts off cover prices. Paperback Classics currently in print can be regularly purchased at 37% off cover prices with no minimum quantities. Extend the life of your Paperback Classics by making them Hardbound for $4.50 extra per book or choose our laminated Kapco covers for $2.00 extra per book.

Reference Materials are available at significant discounts off cover prices for Merriam Webster, American Heritage, Scholastic and many more. Special discounts are available for quantities over 100. Test Prep Materials are regularly available at 35-40% off cover prices. We inventory most publishers including Barron's and Random House with many selections choices.

## THE BEST CHOICE FOR USED TEXTBOOKS AND GREAT SERVICE!

## Our Contact Information

| | |
|---|---|
| **Phone** | **800-796-9152** |
| **Fax** | **800-796-9154** |
| **Web** | **www.textbookwarehouse.com** |
| **Email** | **sales@textbookwarehouse.com** |
| **Mail** | **Attn: Order Entry**<br>**936 Curie Drive**<br>**Alpharetta, GA 30005** |

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152 Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Textbook Purchaser/Assistant Principal**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



# Textbook Warehouse

We meet or beat competitor's pricing



## Huge Summer Savings...

**Receive an EXTRA 10% off**
***Used Textbooks PLUS Free Freight**

Promo code BH614
expires 06/30/14

***on Textbooks, Workbooks, and TEs**

Excludes novels & ref, $50 minimum order. For Schools/Districts, exclude AK & HI.

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote. Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Name _____ Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Textbook Purchaser/Assistant Principal**
**School Name: Bais Yaakov High School   Fax: 8453563132**



# Textbook Warehouse

| We meet or beat competitor's pricing |

Dive into *Savings* with **Free Freight** on Textbooks, Workbooks, and TEs

**Promo code DS614**
**expires 06/30/14**

Excludes novels & ref, $50 minimum order.  For Schools/Districts, exclude AK & HI.

Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote.  Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Name _____   Title _____
Please contact me via
☐ Phone _____   ☐ Fax _____   ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152  Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Business Manager/Textbook Purchaser
School Name: Bais Yaakov High School   Fax: (845) 356-3132



Also feel free to fax back your list of books to sell or buy. We will respond promptly with a quote. Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Name _____   Title _____
Please contact me via
☐ Phone _____ ☐ Fax _____ ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Bookkeeper/Textbook Purchaser**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



# Textbook Warehouse

We meet or beat competitor's pricing

# New Rewards Program

## Receive 500 Bonus points if you sign up by 6/28

1. Go to www.textbookwarehouse.com
2. Click on Login, either sign in or create an account
3. Click on REWARDS tab & your info will appear
4. Type in BP628 in the Message/Promo code field
5. Read the Terms & Conditions, and Submit

Entire signup less than 5 minutes

Earn 1 point for every dollar spent on Textbooks, Workbooks, Teacher Editions,
and New Products. Either choose to receive a credit against future purchases
or receive a gift card to purchase items for your school or district.**

 Credit for Future Purchase   **Walmart**   **Pizza Hut**   **Office Depot**

Ref code BP628, Bonus point offer expires 06/28/14, Signup will not expire

Registration is open for School Districts and Schools only. Individuals may not register.
**See terms and conditions for details on www.textbookwarehouse.com click REWARDS tab.

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote. Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Name _____   Title _____
Please contact me via
☐ Phone _____   ☐ Fax _____   ☐ Email _____

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 ·(800) 796-9152  Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Media Specialist/English Department**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**

 **Textbook Warehouse**

We meet or beat competitor's pricing

# Books of the Month

# DIVERGENT and LORD OF THE FLIES
# 40% off + Free Freight



**Divergent**
by Veronica Roth

**List Price $9.99**
**Your Price**
**$5.99 each**

**Paperback** (copyright 2012)
ISBN 13- 9780062024039
ISBN 10- 0062024035



**Lord of the Flies**
by William Golding

**List Price $9.99**
**Your Price**
**$5.99 each**

**Mass Market Paperback** (copyright 1954)
ISBN 13- 9780399501487
ISBN 10- 0399501487

Offer includes Schools and Districts only, no minimum order.
AK and HI must pay freight.

Promo code DL714
expires 07/31/2014

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote. Please include your information for us to contact you.

|   | ISBN | Qty to Sell | Qty to Buy |    | ISBN | Qty to Sell | Qty to Buy |
|---|------|-------------|------------|----|------|-------------|------------|
| 1 |      |             |            | 6  |      |             |            |
| 2 |      |             |            | 7  |      |             |            |
| 3 |      |             |            | 8  |      |             |            |
| 4 |      |             |            | 9  |      |             |            |
| 5 |      |             |            | 10 |      |             |            |

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 · (800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com · Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

Attn: Purchasing Manager/Textbooks
School Name: Bais Yaakov High School   Fax: (845) 356-3132



# Textbook Warehouse

We meet or beat competitor's pricing

# Free Freight for

# Back to School

Exp 9/30/2014 Ref code FF914
for Used Books

**Textbook Warehouse is the best choice for Used Textbooks, Workbooks, and Teacher Editions because they have:**

○ **Quality Used Textbooks**

○ **Great Friendly Customer Service**

○ **Huge Discounts off Publisher Prices**

● **All of the above**


*Correct*

## *The Best Choice for Textbooks, Novels, & Reference!*

# New Rewards Program

## Receive 500 Bonus points if you sign up by 9/30
(new participants only)

Earn 1 point for every dollar spent on Textbooks, Workbooks, Teacher Editions, and New Products. Either choose to receive a credit against future purchases or receive a gift card to purchase items for your school or district.**


*Entire signup less than 5 minutes*

- Go to www.textbookwarehouse.com
- Click on REWARDS tab and follow the setup
- Remember to type in FF914 in the Message/Promo code field

| Credit for Future Purchase | Walmart | Pizza Hut | Office Depot |

**Ref code FF914, Bonus point offer expires 09/30/14, Signup will not expire.**

Registration is open for School Districts and Schools only. Individuals may not register.
**See terms and conditions for details or www.textbookwarehouse.com click REWARDS tab.

**936 Curie Drive ·Alpharetta, GA 30005 ·(800) 796-9152  Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**

To be removed from future faxes call 866-475-7854 or fax this document with your fax number to 800-796-9154

**Attn: Media Specialist/English Dept**
**School Name: Bais Yaakov High School   Fax: (845) 356-3132**



# Textbook
# Warehouse

We meet or beat competitor's pricing

## Books of the Month

# SKINK NO SURRENDER and To Kill A Mockingbird

# 40% off + Free Freight



### Skink No Surrender
by Carl Hiaasen

**List Price $18.99**
**Your Price**
**$11.39 each**

**Hardback** (copyright 2014)
ISBN 13- 9780375870514
ISBN 10- 0375870512



### To Kill A Mockingbird
by Harper Lee
**List Price $8.99**
**Your Price**
**$5.39 each**

**Mass Market Paperback** (copyright 1988)
ISBN 13- 9780446310789
ISBN 10- 0446310786

Offer includes Schools and Districts only, no minimum order.
AK and HI must pay freight.

Promo code BMC14
expires 10/31/2014

Also feel free to fax back your list of books to sell or buy. We will respond promptly
with a quote. Please include your information for us to contact you.

| | ISBN | Qty to Sell | Qty to Buy | | ISBN | Qty to Sell | Qty to Buy |
|---|---|---|---|---|---|---|---|
| 1 | | | | 6 | | | |
| 2 | | | | 7 | | | |
| 3 | | | | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Great Deals on Pre-Owned Textbooks, Workbooks, and Teacher Editions

**936 Curie Drive · Alpharetta, GA 30005 ·(800) 796-9152   Fax (800) 796-9154**
**Email: sales@textbookwarehouse.com· Website: www.textbookwarehouse.com**