UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BAIS YAAKOV OF SPRING VALLEY, on behalf of
itself and all others similarly situated,

                      Plaintiff,

   -against-

TEXTBOOK WAREHOUSE, LLC,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 7:17-cv-3974-NSR-JCM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

       Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Bais Yaakov of Spring Valley and Defendant Textbook Warehouse, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Dated: November 29, 2017

KRAVIT SMITH LLP

By: _____
     Philip M. Smith

79 Madison Avenue
New York, New York 10016
(646) 493-8004
Email: psmith@kravitsmithllp.com

*Attorneys for Defendant Textbook Warehouse, LLC*

BELLIN & ASSOCIATES LLC

By: _____
     Aytan Y. Bellin

50 Main Street, Suite 1000
White Plains, New York 10606
(914) 358-5345
Email: aytan.bellin@bellinlaw.com

*Attorneys for Bais Yaakov of Spring Valley*

7